934

No. 564. METROPOLITAN SAND & GRAVEL CORP. *v.* DEEP SEA TANKERS, LTD., ET AL. C. A. 2d Cir. Certiorari denied. *Leo F. Hanan* for petitioner. *Charles S. Haight, Robert M. Julian* and *MacDonald Deming* for respondents.

No. 527. SCHINE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Frank G. Raichle* and *David C. Diefendorf* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman* and *Henry Geller* for the United States.

No. 231, Misc. JAMES *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied. Petitioner *pro se.* *Miles Lord,* Attorney General of Minnesota, and *Charles E. Houston,* Solicitor General, for respondent.

No. 236, Misc. MOORE *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se.* *Thomas M. Miller,* Assistant Attorney General of Virginia, for respondent.

No. 240, Misc. MASON *v.* ALABAMA. Court of Appeals of Alabama. Certiorari denied. *Glen T. Bashore* for petitioner. *John Patterson,* Attorney General of Alabama, *Bernard F. Sykes,* Assistant Attorney General, and *George Young,* Special Assistant Attorney General, for respondent.

No. 287, Misc. VAN ELLA *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se.* *Ralph De Vita* for respondent.